IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FIRST JUDICIAL CIRCUIT COURT, et al.,
    Plaintiffs,

vs.                                  Case No.:  3:15cv235/RV/EMT

ALGIE STALLWORTH,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 29, 2015 (doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The removal is **DISMISSED** as improper and the clerk is directed to **REMAND** this case, which includes state court case number 2015-CT-000145, to the County Court in and for Escambia County, Florida.

    **DONE AND ORDERED** this 30th day of June, 2015.

                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**